IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   No. 3:12-CV-4783-M-BH |
| | ) |
| BANK OF NEW YORK MELLON et. al, | ) |
| | ) |
| Defendants. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's claims under 42 U.S.C. § 1983 are hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED this 2nd day of January, 2013.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:12-CV-4783-M-BH |
| | ) |
| BANK OF NEW YORK MELLON et. al, | ) |
| | ) |
| Defendants. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's claims under 42 U.S.C. § 1983 are hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED** this _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**