IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:12-CV-04783-M-BH |
| | ) |
| BANK OF NEW YORK MELLON et. al, | ) |
| | ) |
| Defendants. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff does not have to consent to the Magistrate Judge making such Findings, Conclusions, and Recommendation. The Magistrate Judge is not making the decision - this Court is. *Plaintiff's Application for Temporary Restraining Order and Temporary Injunction*, received February 27, 2013 (doc. 37) is **DENIED.**

SIGNED this 21st day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS