IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:12-CV-04783-M-BH |
| | ) |
| BANK OF NEW YORK MELLON et. al, | ) |
| | ) |
| Defendants. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Gabriel Ozel and Pite Duncan, LLP's Motion to Dismiss Pursuant to Rule 12(b)*, filed January 2, 2013 (doc. 24), is **GRANTED in part and DENIED in part.** By separate judgment, Plaintiff's claims against Gabriel Ozel and Pite Duncan, LLP will be **DISMISSED with prejudice.**

**SO ORDERED** this 4th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS