IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY COLEMAN, § | |
| § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 3:12-CV-4783-M |
| § | |
| BANK OF NEW YORK MELLON et. al, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court

The plaintiff's motion for default judgment, filed February 4, 2015 (doc. 158) is **DENIED**, and Blank Rome LLP's motions to set aside default and to dismiss, filed February 13, 2015 (doc. 164), are both **GRANTED**.  By separate judgment, all claims against Blank Rome LLP will be **DISMISSED** with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

**SIGNED** this 15th day of September, 2015.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS